# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 08, 2013

Mr. Royce John Cullar Jr.
Cullar & McLeod, L.L.P.
801 Washington Avenue
Suite 500
Waco, TX 76701-0000

    No. 13-50718   Allen Thompson v. City of Waco, Texas
                      USDC No. 6:12-CV-48

The following pertains to your record excerpts electronically filed on 10/7/13.

You must submit the four paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies will result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Melissa V. Mattingly, Deputy Clerk
                                          504-310-7719

cc:
    Mr. Michael W. Dixon
    Mr. Charles Alfred Mackenzie
    Mr. Charles D. Olson